```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

JOHN ROBERT RITTER JR.,

      Plaintiff,

vs.                                Case No.  3:07-cv-506-J-16HTS

CITY OF JACKSONVILLE,
et al.,

      Defendants.
_____

## O R D E R

This cause is before the Court on Defendant City of Jacksonville's Unopposed Motion for Leave to Depose Plaintiff (Doc. #36; Motion), filed on November 6, 2007. Because the intended deponent, John Robert Ritter, Jr., is presently confined in prison, the City of Jacksonville moves pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure (Rule(s)), for leave to take his deposition. Motion at 1. It does not appear the discovery sought would run afoul of "the principles stated in Rule 26(b)(2)[.]" Rule 30(a)(2).

Accordingly, upon consideration, the Motion (Doc. #36) is **GRANTED**. Defendant City of Jacksonville is given leave to depose Plaintiff prior to the close of discovery at "the Columbia

Correctional Institution in Lake City, Florida." Motion at 1. It shall contact the superintendent of the institution to arrange for an appropriate time and place for the deposition.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of November, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and pro se parties, if any